GUY LUCIANO et al., Respondents, v. BURLON OLIVER, Appellant.—

Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.